# EXHIBIT 1

4/18/22, 4:28 PM

Trademark Electronic Search System (TESS)



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Apr 18 03:32:22 EDT 2022*

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ] [ PREV LIST ] [ CURR LIST ] [ NEXT LIST ] [ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:  [    ]  OR  Jump  to record:  [    ]    Record 15 out of 15

[ TSDR ]    [ ASSIGN Status ]    [ TTAB Status ]    ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| Field | Value |
|---|---|
| Word Mark | TACO JOHN'S |
| Goods and Services | IC 001 005 029 030 031 032. US 046. G & S: FLAT FILLED AND FOLDED FILLED TACOS AND TORTILLAS, ENCHILADAS, BURRITOS, TAMALES [ AND CHILI ]. FIRST USE: 19700301. FIRST USE IN COMMERCE: 19700301 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 72455373 |
| Filing Date | April 23, 1973 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Registration Number | 1088950 |
| Registration Date | April 4, 1978 |
| Owner | (REGISTRANT) TURNER AND TURNER PARTNERSHIP UNITED STATES 600 HARMONY LANE CHEYENNE WYOMING 82001

(LAST LISTED OWNER) SPICY SEASONINGS, LLC LIMITED LIABILITY COMPANY WYOMING 12 BEAVER DRIVE P.O. BOX 7040 SHERIDAN WYOMING 82801 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Daniel J. Block |

4/18/22, 4:28 PM                                           Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Disclaimer** | APPLICANT DISCLAIMS THE WORD "TACO" APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180224. |
| **Renewal** | 3RD RENEWAL 20180224 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Apr 18 03:32:22 EDT 2022

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:           OR [Jump] to record:           Record 12 out of 15

[TSDR]  [ASSIGN Status]  [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | TACO JOHN'S |
| **Goods and Services** | IC 042. US 100. G & S: RESTAURANT SERVICES. FIRST USE: 19700301. FIRST USE IN COMMERCE: 19700301 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73836346 |
| **Filing Date** | November 6, 1989 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 17, 1990 |
| **Registration Number** | 1617184 |
| **Registration Date** | October 9, 1990 |
| **Owner** | (REGISTRANT) TACO JOHN'S SEASONINGS LIMITED PARTNERSHIP Comprised of General Partners NMH, LLC, a Wyoming limited liability company, and Janet K. Taylor Stock Trust U/T/D February 9, 2000, Janet K. Taylor, Trustee, a U.S. Citizen LIMITED PARTNERSHIP WYOMING 808 WEST 20TH STREET CHEYENNE WYOMING 82003 |

| | |
|---|---|
| Assignment Recorded | (LAST LISTED OWNER) SPICY SEASONINGS, LLC LIMITED LIABILITY COMPANY WYOMING 12 BEAVER DRIVE P.O. BOX 7040 SHERIDAN WYOMING 82801 ASSIGNMENT RECORDED |
| Attorney of Record | Daniel J. Block |
| Prior Registrations | 1088950;1108259 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TACO" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200828. |
| Renewal | 3RD RENEWAL 20200828 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 3



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Apr 18 03:32:22 EDT 2022*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:  ___  OR  Jump  to record: ___   **Record 11 out of 15**

[TSDR]  [ASSIGN Status]  [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | TACO JOHN'S |
| **Goods and Services** | IC 029. US 046. G & S: FRIED POTATOES, REFRIED BEANS AND GARDEN SALADS FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19760501. FIRST USE IN COMMERCE: 19760501<br><br>IC 030. US 046. G & S: [ CHIMICHANGAS, ] HAMBURGER SANDWICHES, NACHOS, AND PREPARED RICE FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19760501. FIRST USE IN COMMERCE: 19760501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73836394 |
| **Filing Date** | November 6, 1989 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 18, 1990 |
| **Registration Number** | 1627389 |
| **Registration Date** | December 11, 1990 |

| | |
|---|---|
| **Owner** | (REGISTRANT) TACO JOHN'S SEASONINGS LIMITED PARTNERSHIP Comprised of General Partners NMH, LLC, a Wyoming limited liability company, and Janet K. Taylor Stock Trust U/T/D February 9, 2000, Janet K. Taylor, Trustee, a U.S. Citizen LIMITED PARTNERSHIP WYOMING 808 WEST 20TH STREET P.O. BOX 1589 CHEYENNE WYOMING 82003 |
| | (LAST LISTED OWNER) SPICY SEASONINGS, LLC LIMITED LIABILITY COMPANY WYOMING 12 BEAVER DRIVE P.O. BOX 7040 SHERIDAN WYOMING 82801 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Daniel J. Block |
| **Prior Registrations** | 1088950;1108259 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TACO" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200930. |
| **Renewal** | 3RD RENEWAL 20200930 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY